**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6546**

---

GARY N. MCNAMARA,

Plaintiff - Appellant,

versus

PARRIS N. GLENDENING, Governor, State of
Maryland; NELSON SABATINI, Secretary, Maryland
Department of Health and Mental Hygiene; MARY
K. NOREN, Superintendent, Eastern Shore Hos-
pital Center; DAVID WILLIAMSON, M.D., Director
of Forensic Psychiatry, Eastern Shore Hos-
pital Center; KEVIN J. RICHARDS, PH.D., Staff
Psychologist, Clifton T. Perkins Hospital
Center; JOEL J. TODD, State's Attorney for
Worchester County; GARY MUMFORD, State's
Attorney for Worchester County; ANITA EARP
ROBINSON, Administrative Law Judge; RAUL
LOPEZ, Psychiatrist, Eastern Shore Hospital
Center,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-95-
2138-AMD)

---

Submitted: October 3, 1996          Decided: October 10, 1996

---

Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Gary N. McNamara, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Susan Renee Steinberg, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McNamara v. Glendening, No. CA-95-2138-AMD (D. Md. Mar. 12 & 28, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED